1 THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
2 *A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy., Suite 300
3 San Rafael, CA 94903
Telephone: 415/674-8600
4 Facsimile: 415/674-9900

5 Attorneys for Plaintiff
CRAIG YATES
6 and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
7 SERVICES: HELPING YOU
HELP OTHERS

8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL WURCHE; and PHILOMENA WURCHE, as individuals,<br><br>Defendants | **CASE NO. CV-09-0154-MEJ**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS** MICHAEL WURCHE; and PHILOMENA WURCHE, as individuals<br><br>(Fed. R.Civ. P. 41(a)(1)(i))<br><br>ORDER CLOSING FILE |

NOTICE IS HEREBY GIVEN that plaintiff, CRAIG YATES and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES, by and through their undersigned counsel of record, pursuant to Fed.R.Civ. P. 41(a)(1)(i), voluntarily dismiss defendants MICHAEL WURCHE; and PHILOMENA WURCHE, as individuals, from the above-captioned matter with prejudice, defendants have not nor have any property or possessory interest in this case.

///

     Plaintiffs will amend the complaint to rename IGNACIO PROPERTIES, LLC., as the defendant in this matter.

     Respectfully submitted.

DATED: February 24, 2009            THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____/s/_____
     Thomas E. Frankovich
Attorneys for Plaintiff CRAIG YATES and
DISABILITY RIGHTS ENFORCEMENT,
EDUCATION, SERVICES.

As Plaintiffs have dismissed all named defendants, and they did not name any "Doe" defendants in the Complaint, the proper procedure is for Plaintiffs to file a new case. Accordingly, the Clerk of Court shall close the file in this matter.

Dated: February 25, 2009



IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MICHAEL WURCHE; and PHILOMENA WURCHE      2